IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD G. JACKMAN, JR.,<br>Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 1:06-51 |
| CAROL A. MCMILLAN, et al.,<br>Defendants. | )<br>)<br>) |

O R D E R

AND NOW, this 12th day of April 2006, after the plaintiff filed a civil rights complaint in the above-captioned case, and after a Report and Recommendation was issued by the United States Magistrate Judge, and the plaintiff was granted ten days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the plaintiff, and after independent review of the pleadings, and the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that the plaintiff's complaint is dismissed for failure to state a claim upon which relief may be granted.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the F.R.App.P., if the plaintiff desires to appeal from this Order, he must do so within thirty (30) days by filing a notice of appeal as provided by Rule 3 F.R.App.P.

*Maurice B. Cohill, Jr.*
United States District Judge

cc: Donald G. Jackman, Jr.
06804-068
FCI McKean
P.O. Box 8000
Bradford, PA  16701

Honorable Robert C. Mitchell
United States Magistrate Judge